IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRIN NIELSON, SAMUEL** * | |
| **GRISWOLD, CHAD DUET,** * | |
| **STEVEN SCOGGINS and** * | |
| **CHRISTOPHER WELLS** * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | CIVIL ACTION NO: 10-0074-CG-C |
| * | |
| **EAGLE TUGS, LLC**, a corporation; * | ADMIRALTY AND MARITIME |
| the M/V MR. LESTER, its hull, * | CLAIM UNDER RULE 9(h) |
| engines and appurtenances, <u>In</u> <u>Rem</u>; * | |
| **CHAISSON TUGS, LLC,** * | |
| a corporation; and the M/V * | |
| CARL T, its hull, engines and * | |
| appurtenances, In Rem, * | |
| * | |
| Defendants. * | |

**DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF
CHAD DUET**

On the motion and affidavit of the Plaintiff, Chad Duet, and default having been entered against the Defendants herein, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment be entered against the Defendants, Eagle Tugs, LLC, and Chaisson Tugs, LLC, for wages earned by the Plaintiff, Chad Duet, while employed as a member of the crew of the M/V MR. LESTER and the M/V CARL T, in the total sum of $7,200.00 plus pre-judgment interest thereon from January 9, 2010 until the date of entry of this judgment on the docket, at the rate of 6% per annum.  Post judgment interest is imposed pursuant to Title 28, U.S.C., § 1961, and

1

shall accrue at the rate of 0.12 percent from the date this judgment is entered on the docket until the judgment is paid.

Costs are to be taxed against the defendants.

**DONE and ORDERED** this 2nd day of February, 2012.

                                                /s/  Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE