IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRIN NIELSON, SAMUEL GRISWOLD, CHAD DUET, STEVEN SCOGGINS and CHRISTOPHER WELLS**   Plaintiffs,   v.   **EAGLE TUGS, LLC**, a corporation; the M/V MR. LESTER, its hull, engines and appurtenances, In Rem; **CHAISSON TUGS, LLC**, a corporation; and the M/V CARL T, its hull, engines and appurtenances, In Rem,   Defendants. | CIVIL ACTION NO: 10-0074-CG-C   ADMIRALTY AND MARITIME CLAIM UNDER RULE 9(h) |

### DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF STEVEN SCOGGINS

On the motion and affidavit of the Plaintiff, Steven Scoggins, and default having been entered against the Defendants herein, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment be entered against the Defendants, Eagle Tugs, LLC, and Chaisson Tugs, LLC, for wages earned by the Plaintiff, Steven Scoggins, while employed as a member of the crew of the M/V MR. LESTER and the M/V CARL T, in the total sum of $3,141.00 plus pre-judgment interest thereon from August 31, 2008 until the date of entry of this judgment on the docket, at the rate of 6% per annum. Post judgment interest is imposed pursuant to Title

28, U.S.C., § 1961, and shall accrue at the rate of 0.12 percent from the date this judgment is entered on the docket until the judgment is paid.

    Costs are to be taxed against the defendants.

    **DONE and ORDERED** this 2nd day of February, 2012.

                                            /s/  Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE