IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRIN NIELSON, SAMUEL GRISWOLD, CHAD DUET, STEVEN SCOGGINS and CHRISTOPHER WELLS | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION NO: 10-0074-CG-C |
| EAGLE TUGS, LLC, a corporation; the M/V MR. LESTER, its hull, engines and appurtenances, In Rem; CHAISSON TUGS, LLC, a corporation; and the M/V CARL T, its hull, engines and appurtenances, In Rem, | * * * * * * * | ADMIRALTY AND MARITIME CLAIM UNDER RULE 9(h) |
| Defendants. | * | |

### DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF DERRIN NIELSON

Upon due consideration of the motion to set aside order (Doc. 79) dismissing the claim of Derrin Nielson without prejudice (Doc. 81), said motion is hereby **GRANTED**. The court's order dismissing plaintiff Derrin Nielson's claims for failure to prosecute is hereby **SET ASIDE** and **VACATED**.

On the motion and affidavit of the Plaintiff, Derrin Nielson, and default having been entered against the Defendants herein on October 5, 2011 (Doc. 61), it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment is entered against Defendants, Eagle Tugs, LLC and Chaisson Tugs, LLC, for wages earned by the Plaintiff, Derrin Nielson, while employed as a pilot or wheelman of the M/V MR.

LESTER and the M/V CARL T, in the total sum of $9,962.50, plus pre-judgment interest thereon at the rate of 6% per annum from December 15, 2009 through the date of entry of this judgment.  Post judgment interest is imposed pursuant to Title 28, U.S.C., § 1961, and shall accrue at the rate of 0.18 percent from the date this judgment is entered on the docket until the judgment is paid.

Costs are to be taxed against the defendants.

**DONE and ORDERED** this 15th day of March, 2012.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE